IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TOSSIE BENNETT, | ) | No. C 14-1320 LHK (PR) |
| Petitioner, | ) | ORDER OF DISMISSAL |
| v. | ) | |
| UNKNOWN, | ) | |
| Respondent. | ) | |

On March 21, 2014, petitioner, a state prisoner proceeding *pro se*, filed a letter, which initiated this action. That same day, the court sent a notification to petitioner, informing him that he did not pay the filing fee, nor did he file a completed application to proceed in forma pauperis ("IFP"). Moreover, the court informed petitioner that he was required to file a federal petition for writ of habeas corpus within twenty-eight days. The court provided petitioner with a blank IFP application, along with a return envelope, and a notification that the case would be dismissed if petitioner failed to pay the fee, or file a completed application with supporting documentation within twenty-eight days.

On March 28, 2014, petitioner filed another letter, in which he requested legal information and stated that he was unable to meet the filing deadline because the California Innocence Project had his legal materials. On April 16, 2014, the court responded to petitioner, and informed him that the court could not dispense legal advice. The court further informed

petitioner that his filing fee or application for leave to proceed IFP and petition for writ of habeas corpus were both due on April 28, 2014.

To date, petitioner has not filed a federal petition for writ of habeas corpus, nor has he filed a completed application for leave to proceed IFP or paid the filing fee. As more than twenty-eight days have passed, this case is DISMISSED without prejudice. The clerk shall terminate all pending motions and close the case.

IT IS SO ORDERED.

DATED: 5/9/14

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Order of Dismissal
P:\PRO-SE\LHK\HC.14\Bennett320disifppet.wpd        2