IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOSSIE BENNETT,    Petitioner, v. UNKNOWN,    Respondent. | No. C 14-1320 LHK (PR) JUDGMENT |

    The court has dismissed the instant action. A judgment of dismissal without prejudice is entered. The clerk shall close the file.

    IT IS SO ORDERED.

DATED: 5/9/14

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Judgment
P:\PRO-SE\LHK\HC.14\Bennett320jud.wpd